**[J-81-2014][M.O. – Todd, J.]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 493 CAP |
| | : | |
| Appellee | : | Appeal from the Order entered on |
| | : | 10/18/05 in the Court of Common Pleas of |
| | : | Philadelphia County, Criminal Division, |
| v. | : | denying PCRA relief at No. 9611-0316 1/2 |
| | : | |
| | : | |
| RASHEED SIMPSON, | : | |
| | : | SUBMITTED FOLLOWING REMAND: |
| Appellant | : | August 13, 2014 |

**DISSENTING OPINION**

**MR. CHIEF JUSTICE SAYLOR**                    **DECIDED:  March 25, 2015**

Although I agree with the majority's determinations regarding the two remand issues, I am unable to join in the affirmance of the order concluding the post-conviction proceedings, for the reasons set forth in my previous dissent.  *See Commonwealth v. Simpson*, 620 Pa. 60, 112-15, 66 A.3d 253, 284-85 (2013) (Saylor, J., dissenting) (explaining that Appellant did not receive the process he was due under the governing scheme for post-conviction review).